NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000555
11-SEP-2018
08:50 AM

NO. CAAP-17-0000555

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

VH, Petitioner-Appellant, v.
CA, Respondent-Appellee,
and
CHILD SUPPORT ENFORCEMENT AGENCY,
STATE OF HAWAI'I, Appellee

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-P NO. 15-1-6441)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Reifurth and Chan, JJ.)

Upon consideration of Appellant's Motion to Dismiss Appeal filed on August 29, 2018, and the records and files herein, and there being no opposition,

IT IS HEREBY ORDERED that the appeal is dismissed. Each party shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, September 11, 2018.

Presiding Judge

Associate Judge

Associate Judge